| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Julie M. Holloway (Bar No. 196942)<br>505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538<br>Telephone:  (415) 391-0600 |
| 4 | Facsimile:  (415) 395-8095 |
| 5 | LATHAM & WATKINS LLP<br>Richard G. Frenkel (Bar No. 204133) |
| 6 | 140 Scott Drive<br>Menlo Park, California 94025-1008 |
| 7 | Telephone:  (650) 328-4600<br>Facsimile:  (650) 463-2600 |
| 8 | |
| 9 | Attorneys for Defendants<br>ROKU, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMARTDATA, S.A.,<br><br>           Plaintiff,<br><br>      v.<br><br>ROKU, INC.,<br><br>           Defendant. | CASE NO. CV 13-01838 SI<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>[Civil Local Rule 6-1(b)] |

### BACKGROUND

Plaintiff SmartData S.A. filed its complaint against Defendant Roku, Inc. (collectively, the "Parties") on April 23, 2013.  The Parties stipulated for an extension of time for Roku to have through and including June 17, 2013 to file its response to Plaintiff's complaint.

The initial case management conference is currently set for July 26, 2013.  (*Dkt. #2*). Lead counsel for Defendant Roku, Inc. has a conflict on that date that cannot be resolved.  In the spirit of cooperation, SmartData agrees and the Parties respectfully request that the initial case

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

1  management conference be continued until August 16, 2013 with the other dates set by the Order
2  Setting Initial Case Management Conference and ADR Deadlines (*Dkt. #2*) continued
3  accordingly.

4  STIPULATION

5  For the foregoing reasons, and pursuant to Local Rules 16-2(e) and 7-12, the parties
6  hereto stipulate, by and through their attorneys that the initial case management conference be
7  continued to August 16, 2013, or such later date as is convenient to the Court, with the other
8  dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (*Dkt.*
9  *#2*) continued accordingly.

10  IT IS SO STIPULATED.

13  Dated: May 28, 2013
    MOUNT, SPELMAN &
    FINGERMAN, P.C.

15  LAW OFFICES OF
    LARISA MIGACHYOV

18  By  /s/ Larisa Migachyov

19  LARISA MIGACHYOV
20  Attorneys for Plaintiff
    SMARTDATA, S.A.

13  Dated: May 28, 2013
    LATHAM & WATKINS LLP

18  By  /s/ Richard G. Frenkel

19  RICHARD G. FRENKEL
20  Attorneys for Defendant
    ROKU, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

A case management conference will be held on August 16, 2013, and the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (*Dkt. #2*) are continued accordingly.

DATED: __6/11__, 2013

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

**ATTESTATION CLAUSE**

I, Richard G. Frenkel, hereby attest in accordance with General Order No. 45.X(B) that Larisa Migachyov, counsel for Plaintiff SMARTDATA, S.A., has provided her concurrence with the electronic filing of the foregoing document entitled STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER.

Dated: May 28, 2013

By   /s/ Richard G. Frenkel

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

**4**

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI