1  LATHAM & WATKINS LLP
   Julie M. Holloway (Bar No. 196942)
2  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
3  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
4
   LATHAM & WATKINS LLP
5  Richard G. Frenkel (Bar No. 204133)
   140 Scott Drive
6  Menlo Park, California 94025-1008
   Telephone:  (650) 328-4600
7  Facsimile:  (650) 463-2600
8
   Attorneys for Defendants
9  ROKU, INC.
10
11                      UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION
14
15                                        CASE NO. CV 13-01838 SI
16  SMARTDATA, S.A.,
                                          **STIPULATION CONTINUING CASE**
17            Plaintiff,                  **MANAGEMENT CONFERENCE; AND**
                                          **[PROPOSED] ORDER**
18       v.
                                          [Civil Local Rule 6-1(b)]
19  ROKU, INC.,
20            Defendant.
21

22                               BACKGROUND

23       Plaintiff SmartData S.A. filed its complaint against Defendant Roku, Inc. (collectively,

24  the "Parties") on April 23, 2013.  The Parties stipulated for an extension of time for Roku to have

25  through and including June 17, 2013 to file its response to Plaintiff's complaint.

26       The initial case management conference is currently set for July 26, 2013.  (*Dkt. #2*).

27  Lead counsel for Defendant Roku, Inc. has a conflict on that date that cannot be resolved.  In the

28  spirit of cooperation, SmartData agrees and the Parties respectfully request that the initial case

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

1   management conference be continued until August 16, 2013 with the other dates set by the Order

2   Setting Initial Case Management Conference and ADR Deadlines (*Dkt. #2*) continued

3   accordingly.

4                                           STIPULATION

5          For the foregoing reasons, and pursuant to Local Rules 16-2(e) and 7-12, the parties

6   hereto stipulate, by and through their attorneys that the initial case management conference be

7   continued to August 16, 2013, or such later date as is convenient to the Court, with the other

8   dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (*Dkt.*

9   *#2*) continued accordingly.

10         IT IS SO STIPULATED.

11

12

13   Dated: <u>May 28, 2013</u>                      Dated: <u>May 28, 2013</u>
     MOUNT, SPELMAN &                       LATHAM & WATKINS LLP
14   FINGERMAN, P.C.

15   LAW OFFICES OF
     LARISA MIGACHYOV

16

17

18   By  /s/ Larisa Migachyov              By  /s/ Richard G. Frenkel

19
     LARISA MIGACHYOV                       RICHARD G. FRENKEL
20   Attorneys for Plaintiff               Attorneys for Defendant
     SMARTDATA, S.A.                        ROKU, INC.

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

1

**[PROPOSED] ORDER**

2

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

3

A case management conference will be held on August 16, 2013, and the other dates set

4

by the Order Setting Initial Case Management Conference and ADR Deadlines (*Dkt. #2*) are

5

continued accordingly.

6

DATED: _____6/11_____, 2013

7

8

_____

9

THE HONORABLE SUSAN ILLSTON
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

1

## **ATTESTATION CLAUSE**

2    I, Richard G. Frenkel, hereby attest in accordance with General Order No. 45.X(B) that

3    Larisa Migachyov, counsel for Plaintiff SMARTDATA, S.A., has provided her concurrence with

4    the electronic filing of the foregoing document entitled STIPULATION CONTINUING CASE

5    MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER.

6

7    Dated:  May 28, 2013

8

9

10                                                      By    /s/ Richard G. Frenkel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI