LATHAM & WATKINS LLP
Julie M. Holloway (Bar No. 196942)
julie.holloway@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

LATHAM & WATKINS LLP
Richard G. Frenkel (Bar No. 204133)
rick.frenkel@lw.com
140 Scott Drive
Menlo Park, California 94025-1008
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendant
ROKU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMARTDATA, S.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROKU, INC.,<br><br>    Defendant. | CASE NO. CV 13-01838 SI<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER**<br><br>[Civil Local Rule 6-1(b)] |

BACKGROUND

Plaintiff SmartData S.A. filed its complaint against Defendant Roku, Inc. (collectively, the "Parties") on April 23, 2013.  The Parties stipulated for an extension of time for Roku to have through and including June 17, 2013 to file its response to Plaintiff's complaint.

The initial case management conference has been continued on one other occasion due to a scheduling conflict.  (Dkt. #6).  The initial case management conference is currently set for

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

1  August 16, 2013.  (Dkt. #9).  The Parties engaged in productive face-to-face settlement
2  discussions on July 8, 2013.  The Parties believe that additional discussions scheduled for August
3  2013 may well result in a settlement that would dispose of this matter.  To that end, the Parties
4  respectfully request that the initial case management conference be continued until September
5  13, 2013 with the other dates set by the Order Setting Initial Case Management Conference and
6  ADR Deadlines (Dkt. #2) continued accordingly.

7  STIPULATION

8  For the foregoing reasons, and pursuant to Local Rules 16-2(e) and 7-12, the Parties
9  hereto stipulate, by and through their attorneys that the initial case management conference be
10 continued to September 13, 2013, or such later date as is convenient to the Court, with the other
11 dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt.
12 #2) continued accordingly.

13 IT IS SO STIPULATED.

16 Dated: July 22, 2013
MOUNT, SPELMAN & FINGERMAN, P.C.

18 LAW OFFICES OF
LARISA MIGACHYOV

21 By /s/ Larisa Migachyov

23 LARISA MIGACHYOV
Attorneys for Plaintiff
SMARTDATA, S.A.

16 Dated: July 22, 2013
LATHAM & WATKINS LLP

21 By /s/ Richard G. Frenkel

23 RICHARD G. FRENKEL
Attorneys for Defendant
ROKU, INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

A case management conference will be held on September 13, 2013, and the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #2) are continued accordingly.

DATED: __7/24__, 2013

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

**3**

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI

## **ATTESTATION CLAUSE**

I, Richard G. Frenkel, hereby attest in accordance with General Order No. 45.X(B) that Larisa Migachyov, counsel for Plaintiff SMARTDATA, S.A., has provided her concurrence with the electronic filing of the foregoing document entitled STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER.

Dated: July 22, 2013

By   /s/ Richard G. Frenkel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

**4**

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER
CASE NO. CV 13-01838 SI