Daniel S. Mount (77571)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Tel.: 408.279.7000
Fax: 408.998.1473
Email: dmount@mount.com

Larisa Migachyov (264669)
Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Tel.:  650.218.5480
Email: larisa@lvmpatents.com

*Attorneys for Plaintiff*
SMARTDATA, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SMARTDATA, S.A.,<br><br>   Plaintiff,<br><br>   v.<br><br>ROKU, INC.,<br><br>   Defendant. | CASE NO. CV 13-01838 SI<br><br>**STIPULATION TO STAY ALL DEADLINES IN SMARTDATA, S.A. V. ROKU, INC., DUE TO IMMINENT SETTLEMENT; AND [~~PROPOSED~~] ORDER** |
|---|---|

   WHEREAS, Plaintiff SmartData, S.A. ("SmartData") filed a Complaint against Defendant Roku, Inc. ("Roku"), for patent infringement on April 23, 2013 (Dkt. #1);

   WHEREAS, SmartData amended its Complaint on July 18, 2013 (Dkt. #19);

   WHEREAS, the Case Management Conference is scheduled for November 8, 2013 and the Joint Case Management Statement is due November 1, 2013 (Dkt. #33);

   WHEREAS, the parties have been engaged in settlement talks to resolve all claims by SmartData against Roku, and settlement appears to be imminent;

   IT IS HEREBY STIPULATED that all deadlines in the case be stayed to allow the parties to reach a satisfactory settlement.

| | | |
|---|---|---|
| 1 | DATED: November 1, 2013 | Respectfully submitted, |
| 2 | | MOUNT, SPELMAN & FINGERMAN, P.C. |
| 3 | | LAW OFFICES OF LARISA MIGACHYOV |

By: _/s/Larisa Migachyov_
LARISA MIGACHYOV
Attorneys for Plaintiff SMARTDATA, S.A.

DATED: November 1, 2013          Respectfully submitted,

LATHAM & WATKINS LLP

By: _/s/ Richard G. Frenkel_
RICHARD G. FRENKEL
Attorneys for Defendant ROKU, INC.

STIPULATION TO STAY DEADLINES
Case No. CV 13-01838 SI

# [PROPOSED] ORDER GRANTING A STAY

Pursuant to the parties' Stipulation,

IT IS ORDERED that all deadlines in the present matter be stayed and that the Case Management Conference scheduled for November 8, 2013 ~~be taken off calendar~~ continued to 12/13/13 @ 3 p.m. to allow the parties to reach a settlement.

IT IS SO ORDERED.

Dated: 11/4, 2013

*/s/ Susan Illston*
SUSAN ILLSTON
United States District Judge