1  Daniel S. Mount (77571)
   Mount, Spelman & Fingerman, P.C.
2  RiverPark Tower, Suite 1650
   333 West San Carlos Street
3  San Jose, CA 95110-2740
   Tel.: 408.279.7000
4  Fax: 408.998.1473
   Email: dmount@mount.com
5
   Larisa Migachyov (264669)
6  Law Offices of Larisa Migachyov
   Post Office Box 2061
7  San Francisco, California 94126-2061
   Tel.:  650.218.5480
8  Email: larisa@lvmpatents.com

9  *Attorneys for Plaintiff*
   SMARTDATA, S.A.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14  SMARTDATA, S.A.,                    CASE NO. CV 13-01838 SI

15           Plaintiff,                  **STIPULATION TO STAY ALL
                                         DEADLINES IN SMARTDATA, S.A. V.
16       v.                              ROKU, INC., DUE TO IMMINENT
                                         SETTLEMENT; AND [~~PROPOSED~~]
17  ROKU, INC.,                          ORDER**

18           Defendant.

19

20       WHEREAS, Plaintiff SmartData, S.A. ("SmartData") filed a Complaint against

21  Defendant Roku, Inc. ("Roku"), for patent infringement on April 23, 2013 (Dkt. #1);

22       WHEREAS, SmartData amended its Complaint on July 18, 2013 (Dkt. #19);

23       WHEREAS, the Case Management Conference is scheduled for November 8, 2013 and

24  the Joint Case Management Statement is due November 1, 2013 (Dkt. #33);

25       WHEREAS, the parties have been engaged in settlement talks to resolve all claims by

26  SmartData against Roku, and settlement appears to be imminent;

27       IT IS HEREBY STIPULATED that all deadlines in the case be stayed to allow the

28  parties to reach a satisfactory settlement.

| | | |
|---|---|---|
| 1 | DATED: November 1, 2013 | Respectfully submitted, |
| 2 | | MOUNT, SPELMAN & FINGERMAN, P.C. |
| 3 | | LAW OFFICES OF LARISA MIGACHYOV |

By:     */s/Larisa Migachyov*
LARISA MIGACHYOV
Attorneys for Plaintiff SMARTDATA, S.A.

DATED: November 1, 2013          Respectfully submitted,

LATHAM & WATKINS LLP

By:     */s/ Richard G. Frenkel*
RICHARD G. FRENKEL
Attorneys for Defendant ROKU, INC.

1                                **[PROPOSED] ORDER GRANTING A STAY**

2        Pursuant to the parties' Stipulation,

3        IT IS ORDERED that all deadlines in the present matter be stayed and that the Case

4 Management Conference scheduled for November 8, 2013 ~~be taken off calendar~~ *continued to 12/13/13 @ 3 p.m.* to allow the

5 parties to reach a settlement.

6        IT IS SO ORDERED.

7

8 Dated:    11/4   , 2013             /s/ Susan Illston

9                                          SUSAN ILLSTON
                                         United States District Judge