Daniel S. Mount (77571)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Tel.: 408.279.7000
Fax: 408.998.1473
Email: dan@mount.com

Larisa Migachyov (264669)
Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Tel.:  650.218.5480
Email: larisa@lvmpatents.com

*Attorneys for Plaintiff*
SMARTDATA, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMARTDATA, S.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROKU, INC.,<br><br>        Defendant. | CASE NO. CV 13-01838 SI<br><br>**STIPULATION DISMISSING PLAINTIFF SMARTDATA, S.A.'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT; AND [~~PROPOSED~~] ORDER** |

WHEREAS, Plaintiff SmartData, S.A. ("SmartData") filed a Complaint against Defendant Roku, Inc. ("Roku"), for patent infringement on April 23, 2013 (Dkt. #1).

WHEREAS, SmartData amended its complaint on July 18, 2013 (Dkt. #19).

WHEREAS, the parties have resolved their dispute with respect to all claims by SmartData against Roku.

IT IS HEREBY STIPULATED that all claims brought by Plaintiff SmartData against Defendant Roku be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the parties' Settlement Agreement, each party to bear its own costs and fees.

DATED:  November 20, 2013        Respectfully submitted,

MOUNT, SPELMAN & FINGERMAN, P.C.
LAW OFFICES OF LARISA MIGACHYOV


By:     /s/ Larisa Migachyov
        LARISA MIGACHYOV
        Attorneys for Plaintiff  SMARTDATA, S.A.


DATED: November 20, 2013

        Respectfully submitted,

        LATHAM & WATKINS LLP


By:     /s/ Richard G. Frenkel
        RICHARD G. FRENKEL
        Attorneys for Defendant ROKU, INC.

STIPULATED DISMISSAL
OF CLAIMS AGAINST DEFENDANT
Case No. CV 13-01838 SI

## [PROPOSED] ORDER GRANTING DISMISSAL

Pursuant to the parties' Stipulation,

IT IS ORDERED that all claims asserted against Defendant, ROKU, INC. by Plaintiff, SMARTDATA, S.A. are dismissed with prejudice; and

IT IS FURTHER ORDERED, that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: _____11/21_____, 2013

_____
SUSAN ILSTON
United States District Judge