Daniel S. Mount (77571)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Tel.: 408.279.7000
Fax: 408.998.1473
Email: dan@mount.com

Larisa Migachyov (264669)
Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Tel.:  650.218.5480
Email: larisa@lvmpatents.com

*Attorneys for Plaintiff*
SMARTDATA, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMARTDATA, S.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROKU, INC.,<br><br>　　　　Defendant. | CASE NO. CV 13-01838 SI<br><br>**STIPULATION DISMISSING PLAINTIFF SMARTDATA, S.A.'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT; AND [~~PROPOSED~~] ORDER** |

　　　　WHEREAS, Plaintiff SmartData, S.A. ("SmartData") filed a Complaint against Defendant Roku, Inc. ("Roku"), for patent infringement on April 23, 2013 (Dkt. #1).

　　　　WHEREAS, SmartData amended its complaint on July 18, 2013 (Dkt. #19).

　　　　WHEREAS, the parties have resolved their dispute with respect to all claims by SmartData against Roku.

　　　　IT IS HEREBY STIPULATED that all claims brought by Plaintiff SmartData against Defendant Roku be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the parties' Settlement Agreement, each party to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | DATED:  November 20, 2013 | Respectfully submitted, |
| 2 | | MOUNT, SPELMAN & FINGERMAN, P.C. |
| 3 | | LAW OFFICES OF LARISA MIGACHYOV |

By:     /s/ Larisa Migachyov
        LARISA MIGACHYOV
        Attorneys for Plaintiff  SMARTDATA, S.A.

DATED: November 20, 2013

Respectfully submitted,

LATHAM & WATKINS LLP

By:     /s/ Richard G. Frenkel
        RICHARD G. FRENKEL
        Attorneys for Defendant ROKU, INC.

STIPULATED DISMISSAL
OF CLAIMS AGAINST DEFENDANT
Case No. CV 13-01838 SI

1
2                    **[PROPOSED] ORDER GRANTING DISMISSAL**
3        Pursuant to the parties' Stipulation,
4        IT IS ORDERED that all claims asserted against Defendant, ROKU, INC. by Plaintiff,
5    SMARTDATA, S.A. are dismissed with prejudice; and
6        IT IS FURTHER ORDERED, that all attorneys' fees, costs of court and expenses shall be
7    borne by each party incurring the same.
8        IT IS SO ORDERED.
9
10   Dated:      11/21         , 2013
11                                                    SUSAN ILSTON
                                                      United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                                    STIPULATED DISMISSAL
                                                                 OF CLAIMS AGAINST DEFENDANT
                                                                    Case No. CV 13-01838 SI